UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LINDA WARD,

    Plaintiff,                                   Case No.: 3:14-cv-1443-J-20MCR

v.

DIVISION 5 FLORIDA, INC,
d/b/a DIVISION 5 STEEL,

    Defendant,
_____/

**CONSENT MOTION TO AMEND**
**CASE MANAGEMENT AND SCHEDULING ORDER**

Plaintiff, Linda Ward, by her undersigned counsel, moves this Court for a ninety (90) day extension of the deadlines in the Case Management and Scheduling Order. Defendant consents to the relief sought by this motion. Good cause exists for this extension request and there will be no prejudice to either Party in granting the requested relief.

**MEMORANDUM OF LAW**

According to Federal Rules of Civil Procedure 16(b)(4), the Court may extend case management deadlines upon a showing of "good cause" see *Payne v. Ryder Systems, Inc. Long Term Disability Plan*, 173 F.R.D. 537, 540 (M.D. Fla., 1997). This court has broad discretion in managing pretrial discovery matters. *Klay v. All Defendant*, 425 F.3d 977, 982 (11th Cir. 2005) (citing *Perez v. Miami-Dade County*, 297 F.3d 1255, 1263 (11th Cir. 2002).

This is an employment discrimination case brought under the Age Discrimination and Employment Act of 1967, Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act of 1992 alleging discrimination based on age and retaliation. The Parties have

worked cooperatively in the instant case with regard to discovery. However, the Parties will be unable to complete discovery before the current deadline because of their current caseload. Accordingly, the parties request that the Court grant a ninety (90) day extension with respect to the discovery deadline and the other deadlines including the dispositive motion deadline and trial date.

WHEREFORE, Plaintiff, Linda Ward respectfully requests that the Court grant a ninety (90) day extension with respect to the deadlines in the Case Management and Scheduling Order.

## RULE 3.01(G) CERTIFICATION

The undersigned counsel certifies, pursuant to Local Rule 3.01(g), that he has conferred with counsel for Plaintiff in a good faith attempt to resolve the issues raised in this Motion, and that counsel for Defendant consents in the request for relief.

Respectfully submitted,

MAGID & WILLIAMS, P.A.
3100 University Boulevard South
Suite 115
Jacksonville, Florida 32216
(904) 725-6161 Telephone
(904) 725-3410 Facsimile

/s/ Leonard S. Magid, Esq.
Leonard S. Magid, Esq.
Florida Bar No. 0717101
len@magidwilliams.com
P. Daniel Williams, Esq.
Florida Bar No. 0036625
dan@magidwilliams.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 15, 2015 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/   Leonard S. Magid, Esq.
Leonard S. Magid, Esquire